UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Maurice Whiten, et al, | : | No. 3:03CV500(MRK) |
| Plaintiffs, | : | |
| v. | : | |
| Peter J. Murphy, et al., | : | |
| Defendants. | : | |

**ORDER**

Defendant's Motion to Extend Time [doc. #20] is GRANTED nunc pro tunc.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: November 13, 2003