10/17/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday November 13, 2003

11:00 a.m.

CASE NO.   3-02-cv-1520 Whiten v Murphy
------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Michael J. Lanoue | Attorney General's Office, MacKenzie Hall, 110 Sherman St., Hartford, CT 860-808-5450 |
| Timothy J. Mahoney | Williams & Pattis, 51 Elm St. Ste. 409, New Haven, CT 203-562-9931 |
| Norman A. Pattis | Williams & Pattis, 51 Elm St. Ste. 409, New Haven, CT 203-562-9931 |
| John R. Williams | Williams & Pattis, 51 Elm St. Ste. 409, New Haven, CT 203-562-9931 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 11/13/03

45 min.