FILED

Jan 12  3 30 PM '04

UNITED STATES DISTRICT COURT
NEW HAVEN, CONN

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAURICE WHITEN and<br>DAVID JOSLIN | : NO. 3:02CV1520 (JBA) |
| VS. | : |
| PETER J. MURPHY and<br>JOHN ARMSTRONG | : JANUARY 12, 2004 |

# APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the plaintiffs,

MAURICE WHITEN and DAVID JOSLIN.

*Elizabeth R*
ELIZABETH BROOKS
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
Federal Bar No. ct25225
Their Attorney

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Michael J. Lanoue, Esq., Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105.

_____
ELIZABETH BROOKS