CT/evnhrg (January 10, 2002)

TOTAL TIME: ___ hours 50 minutes

HONORABLE M.R. Kravitz
DEPUTY CLERK K. Ghilardi RPTR/ERO/TAPE T. Finkelstein

DATE Jan 13, 2004    START TIME 10:05    END TIME 10:55

Whiten et al

LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:02 CV 1520 MRK

§
§         Michael J. Lanoue
§              Plaintiffs Counsel
vs.       §
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§         Elizabeth Brooks

Murphy et al          Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmlhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

☑ .... #21   Motion Def. Mot Sum Judgement          ☑ granted ☐ denied ☐ advisement
☐ .... #____   Motion _____          ☐ granted ☐ denied ☐ advisement
☐ .... #____   Motion _____          ☐ granted ☐ denied ☐ advisement
☐ .... #____   Motion _____          ☐ granted ☐ denied ☐ advisement
☐ .... #____   Motion _____          ☐ granted ☐ denied ☐ advisement
☐ .... #____   Motion _____          ☐ granted ☐ denied ☐ advisement
☐ .... #____   Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ....   Oral Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ....   Oral Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ....   Oral Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ....   Oral Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ....   ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due
☐ ....   _____          ☐ filed ☐ docketed
☐ ....   _____          ☐ filed ☐ docketed
☐ ....   _____          ☐ filed ☐ docketed
☐ ....   _____          ☐ filed ☐ docketed
☐ ....   _____          ☐ filed ☐ docketed
☐ ....   _____          ☐ filed ☐ docketed
☐ ....   _____          ☐ filed ☐ docketed
☐ ....   _____          ☐ filed ☐ docketed
☐ ....   _____          ☐ filed ☐ docketed
☐ ........   _____ Hearing continued until _____ at _____