UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAURICE WHITEN and
DAVID JOSLIN

    v.                                                Civil No.  3:02cv1520(MRK)

PETER J. MURPHY and
JOHN ARMSTRONG

### **JUDGMENT**

This matter came on for consideration before the Honorable Mark R. Kravitz, United States District Judge, on defendant's motion for summary judgement

The Court having considered all of the papers filed in conjunction with the motion, on January 13, 2004, the Court entered a Ruling in open court granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 30th of January, 2003.

                                                    KEVIN F.  ROWE, CLERK
                                                    By
                                                    /s/ Kenneth R. Ghilardi
                                                    Kenneth R. Ghilardi
                                                    Deputy Clerk

EOD: _____